

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**J.R.W., Petitioner**

**No. 287 WAL 2016**

Supreme Court of Pennsylvania.

November 29, 2016

## ORDER

PER CURIAM

**AND NOW,** this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Wecht did not participate in the consideration or decision of this matter.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Daniel L. SPUCK, Petitioner**

**Commonwealth of Pennsylvania,**
**Respondent**

v.

**Daniel L. Spuck, Petitioner**

**No. 332 WAL 2016**
**No. 333 WAL 2016**

Supreme Court of Pennsylvania.

November 29, 2016

## ORDER

PER CURIAM

**AND NOW,** this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Anthony Steven LUSTER, Petitioner**

**No. 277 WAL 2016**

Supreme Court of Pennsylvania.

November 29, 2016

## ORDER

PER CURIAM

**AND NOW,** this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Keith JOHNSON, Petitioner**

**No. 242 WAL 2016**

Supreme Court of Pennsylvania.

November 29, 2016